**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DParker@ParkerandCarmody.com

December 12, 2019

By ECF
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:
[signature]
Paul G. Gardephe, U.S.D.J.
Dated: Dec. 17, 2019

Re: *United States v. Francisco Jose Maria*
    19 Cr 868 (PGG)

Dear Judge Gardephe:

I am the attorney for Francisco Jose Maria. I write with the consent of the Government requesting that the Court amend the terms and conditions of his bail and allow him to travel to Jersey City on December 24 through December 25, 2019.

Mr. Maria would like to join Carmen Rodrigues, his "wife," and her family at the home of Ms. Rodrigues' sister, Rosa Rodrigues, for Christmas Eve and Christmas.

I seek permission for him to go to 162 Van Horne Street, Jersey City from December 24, 2019, arriving there around 10 a.m. and then returning to his home in Manhattan by 8 p.m. on December 25, 2019.

If the foregoing meets with Your Honor's approval, then I respectfully request that you grant this application and "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,
[signature]
Daniel S. Parker

cc: All parties by ECF