# PARKER & CARMODY, LLP
### ATTORNEYS AT LAW
850 THIRD AVENUE
14ᵀᴴ FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DParker @ParkerandCarmody.com

December 30, 2019

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Francisco Jose Maria*
**19 Cr 868 (PGG)**

Dear Judge Gardephe:

I am the attorney for Francisco Jose Maria.  I write with the consent of the Government requesting that the Court amend the terms and conditions of his bail and allow him to travel to New Jersey to work weekdays from 6 a.m. and return to his home in Manhattan by 6:45 p.m., commencing on January 2, 2020.

Mr. Maria will be working in construction for Asden Management at 175 Prospect Street in East Orange, NJ.

If the foregoing meets with Your Honor's approval, then I respectfully request that you grant this application and "So Order" this letter.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: All parties by ECF

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dec. 31, 2019