UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANCISCO JOSE MARIA and LUIS VASQUEZ-EUSEBIO,

Defendants.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED the conference presently scheduled for **February 6, 2020 at 2:30 p.m.** will take place on **February 6, 2020 at 4:30 p.m.** in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge