**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

March 16, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 16, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Francisco Jose Maria**
**19 Cr 868 (PGG)**

Dear Judge Gardephe:

  I write requesting that the Court amend the conditions of Mr. Maria's bail so that he can attend a family party in New Jersey this weekend. I have communicated with Pre-Trial Services Officer Bernisa Mejia who does not object to this application as well as with AUSA Elizabeth Espinosa who "defers" to Pre-Trial.

  If granted, Mr. Maria would go to the event in Jersey City on Saturday around noon and return to New York on Sunday by 4 p.m.

  If the foregoing meets with the Court's approval, then I respectfully request that Your Honor "So Order" this letter.

  Thank you for your consideration in this matter.

  My continuing best wishes to you and your staff.

Respectfully,

*/s/ Daniel S. Parker*
Daniel S. Parker

Cc: all parties by email