

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2021

MEMO ENDORSED: The application is denied.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Dated: May 6, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Francisco Jose Maria et al.*, 19 Cr. 868 (PGG)

Dear Judge Gardephe,

The Government writes jointly on behalf of the parties to seek an adjournment of the status conference currently scheduled for May 10, 2021, for approximately 60 days. The parties are engaged in discussions of potential resolutions of the case and the adjournment will those conversations to be completed.

In the event that the May 10, 2021 conference is adjourned, the Government respectfully requests that time be excluded under the Speedy Trial Act through the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Defense counsel does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/
Elizabeth A. Espinosa / Jun Xiang
Assistant United States Attorneys
(212) 637-2216/-2289