**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                    TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                FACSIMILE:   (212) 239-9175
CHRISTINA S. COOPER                                            DanielParker @ aol.com

May 7, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Francisco Jose Maria et al.</u>
19 Cr 868 (PGG)

Dear Judge Gardephe:

    I write requesting that the Court permit me and Mr. Maria to appear remotely at the conference scheduled for Monday, May 10, 2021. The Government does not object to this application.

    I was unaware that the Court intended to hold this conference in person and I am out of town. I have conferred with Mr. Maria and he consents to waive his physical presence and to appear remotely. Attached is a consent form which I reviewed with Mr. Maria with the assistance of a Spanish intepreter.

    As to status of this case, the parties have agreed in principle to the terms of a Plea Agreement and as soon as the finalized agreement is forwarded to me, I will have it translated for the defendant. We intend to request a date so that Mr. Maria can enter a guilty plea within the next 30 days.

    If the foregoing meets with Your Honor's approval, then I respectfully request that the Court grant this request and "So Order" this letter.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: May 7, 2021