UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANCISCO JOSE MARIA,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Francisco Jose Maria's sentencing will take place on **October 18, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Jose Maria are due by **September 27, 2021**.  The Government's submission is due by **October 4, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Jose Maria.

Dated: New York, New York
       June 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge