UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

FRANCISCO JOSE MARIA,

                Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Francisco Jose Maria's sentencing, currently scheduled for October 18, 2021, is adjourned to **November 10, 2021 at 12:00 p.m.**

Dated: New York, New York
       October 8, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge

SO ORDERED.

Paul G. Gardephe
United States District Judge