**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER  DanielParker@aol.com

October 15, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED:**
The sentencing currently scheduled for November 10, 2021 at 12:00 p.m. will now take place on **November 10, 2021 at 9:30 a.m.**

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge

Dated: October 22, 2021

Re: **United States v. Francisco Jose Maria**
    **19 Cr 868 (PGG)**

Dear Judge Gardephe:

    I write on behalf of Francisco Jose Maria ("the defendant"), with the consent of the Government, requesting that the Court adjourn the re-scheduled sentencing date/time, currently set for November 10, 2021 at noon, to any of the following:

    November 10, 2021 at 9:30 a.m.

    November 16, 2021 at 2 p.m.

    November 9 or 11th – any time; or

    November 17th between 11 a.m. and 1 p.m.

    The reason for this request is that I am unavailable at that time on November 10th because I have a scheduled doctor's appointment.

    I have conferred with AUSA Elizabeth Espinosa and the Government is available at all the alternatively proposed dates and does not object to the request adjournment.

    Thank you for your consideration in this matter.

                                Respectfully,

                                  *[signature]*
                                Daniel S. Parker

Cc: All parties (by ECF)