UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANCISCO JOSE MARIA,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Francisco Jose Maria's sentencing, currently scheduled for November

10, 2021, is adjourned to **November 17, 2021 at 11:00 a.m.**

Dated:   New York, New York
          October 29, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge