**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

November 18, 2021

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Francisco Jose Maria*
19 Cr 868 (PGG)

Dear Judge Gardephe:

I write with the consent of the Government requesting that the Court order Pre-Trial Services to return Mr. Jose Maria's Dominican passport to him. I have conferred with AUSA Elizabeth Espinosa and the Government does not object to this request.

Mr. Jose Maria surrendered his Dominican passport as a condition of bail. Now that he is no longer on Pre-Trial Supervision, we respectfully request that the Court direct Pre-Trial to return the passport to him.

If the foregoing meets with the Court's approval, then we respectfully request that Your Honor "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully,

Daniel S. Parker

Cc: all parties (by ECF)
Pre-Trial Services
Administrative Assistant Izlia Sanchez (by email)

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Nov. 18, 2021